# **EXHIBIT A**

**Akorn Holding Company LLC et al**
**Bankruptcy Case No. 23-10253**
**Exhibit A**

| Transferor | Transferee | Transfer Date | Check Number | Transfer Type | Transfer Amount |
|---|---|---|---|---|---|
| Akorn Operating Company, LLC | Stantec, Inc. | 12/7/2022 | 266468 | Check | $ 27,775.00 |
| Akorn Operating Company, LLC | Stantec, Inc. | 1/19/2023 | 267027 | Check | $ 4,560.00 |
|  |  |  |  |  | $ 32,335.00 |